IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OCEAN PLACE AT SUMMER
BEACH CONDOMINIUM
ASSOCIATION, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant/Cross-Appellee,

CASE NO. 1D16-4810

v.

MOWREY ELEVATOR
COMPANY OF FLORIDA,
INCORPORATED,

Appellee/Cross-Appellant.

_____/

Opinion filed July 6, 2017.

An appeal from the Circuit Court for Nassau County.
Adrian G. Soud, Judge.

Arthur I. Jacobs, Richard J. Scholz, and Douglas A. Wyler of Jacobs Scholz & Associates, LLC, Fernandina Beach, for Appellant/Cross-Appellee.

Ronald A. Mowrey and Mark L. Mason of Mowrey Law Firm, P.A., Tallahassee, for Appellee/Cross-Appellant.

PER CURIAM.

AFFIRMED.

WOLF, ROWE, and KELSEY, JJ., CONCUR.